IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRAL LYNN BROOKS,**
    **Plaintiff,**

**v.**                              Case No: 3:09cv67/LAC/MD

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

_____

**REPORT AND RECOMMENDATION**

    This case has been referred to the undersigned magistrate judge pursuant to the authority of 28 U.S.C. § 636(b) and Rules 72.1(A), 72.2(D) and 72.3 of the local rules of this court relating to review of administrative determinations under the Social Security Act and related statutes. On February 20, 2009 plaintiff, proceeding *pro se*, filed a complaint using the court's 42 U.S.C. § 1983 form. He named the Social Security Administration and several individuals as defendants. The complaint showed on its face that plaintiff sought to appeal, pursuant to 42 U.S.C. § 405(g) of the Social Security Act, an adverse ruling by an Administrative Law Judge, which became the final decision of the Commissioner of Social Security.

    Plaintiff did not provide service copies of his complaint. He was therefore directed to do so within ten days of February 26, 2009, and the clerk was directed to change the name of the defendant to the proper party, Michael J. Astrue, Commissioner of Social Security (doc. 4). Plaintiff did not respond to the court's order.

On March 2, 2009 plaintiff filed a motion to change venue to the court's Tallahassee Division based on his contention that all courts in this area, both state and federal, and all state and federal law enforcement agencies, are corrupt and are conspiring against him such that he cannot get a fair trial (doc. 5).  The motion was summarily denied (doc. 6).

On March 19, 2009 the court ordered plaintiff to show cause within ten days why this action should not be dismissed for failure to obey the earlier order to provide service copies of his complaint (doc. 9).  Plaintiff has not responded.

Accordingly, it is respectfully RECOMMENDED that this action be DISMISSED for plaintiff's failure to obey the court's orders.

At Pensacola, Florida this 16th day of April, 2009.

/s/ *Miles Davis*
        MILES DAVIS
        UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

**Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy hereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.</u>  A copy of any objections shall be served upon any other parties.  Failure to object may limit the scope of appellate review of factual findings.  See 28 U.S.C. § 636;** *United States v. Roberts*, **858 F.2d 698, 701 (11th Cir. 1988).**

Case No: 3:09cv67/LAC/MD