IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**TERRAL LYNN BROOKS,**
    **Plaintiff,**

vs.                                                        **CASE NO.: 3:09cv67/LAC/MD**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**
_____

### ORDER

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 16, 2009. The plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

    Having considered the report and recommendation, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This action is DISMISSED for plaintiff's failure to obey the court's orders.

    DONE AND ORDERED this 15th day of May, 2009.

                                                   *s/L.A. Collier*
                                                   **LACEY A. COLLIER**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**